ENT   JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ARTHUR VAN SWAIT, | Case No. CV 08-04846 ABC (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| M.S. EVANS, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED: August 27, 2008

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 28 2008

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY